IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

☐ Benton  ☒ East St. Louis

☒ Initial Appearance – Rule 5 Hearing   ☐ Detention Hearing

**CRIMINAL NO.** 22-mj-7001-MAB
USA vs. JEREMIAH CAROLLO
  ☒ Present  ☒ Custody  ☐ Bond
**DEFT. COUNSEL:** TODD SCHULTZ, AFPD
  ☒ Present  ☒ Apptd.  ☐ Retained
**GOVT. COUNSEL:** LIAM COONAN AUSA

**DATE:** 1/19/2022
**JUDGE:** MARK A. BEATTY
**DEPUTY:** JENNIFER JONES
**REPORTER:** STEPH RENNEGARBE

**TIME:** 3:15 pm-3:45 pm

---

☒ Defendant appears pursuant to an arrest warrant issued in the District of Columbia

☒ Financial Affidavit submitted to the Court and it is accepted.

☒ The Federal Public Defender appears with Defendant and is appointed to represent the Defendant for all further proceedings in this district only.

☒ Defendant has received and reviewed a copy of the Arrest Warrant and
  ☐ Indictment  ☐ Information  ☒ Criminal Complaint
  ☐ Order  ☐ Petition to Revoke Supervised Release/Probation

☒ Defendant submits a Waiver of Rule 5 & 5.1 Hearings. Waiver is accepted.

☒ Defendant advised of constitutional rights.
  Rule 5(f) admonishment issued.

☒ Defendant advised of charges.

☒ Government is not seeking detention of the Defendant.

☒ Defendant released on personal recognizance bond. Conditions of bond read to Defendant in open Court.

☒ Defendant's next appearance is via ZOOM on January 27, 2022 at 1:00 p.m. in the charging District in Washington, District of Columbia on before Magistrate Judge Michael Harvey.