IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 22-mj-7001-MAB |
| | ) | |
| JEREMIAH CAROLLO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

It is hereby found that the defendant is financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel.

**WHEREFORE**, the Court hereby appoints the Federal Public Defender for the Southern District of Illinois to represent the defendant for all proceedings in this district only.

**IT IS SO ORDERED.**

**DATED: January 19, 2022**

s/Mark A. Beatty
**MARK A. BEATTY**
**United States Magistrate Judge**