

# United States District Court
## Southern District of Illinois
### Margaret M. Robertie
#### Clerk of Court

**Office of The Clerk**      **Tel: 618.482.9371**
**750 Missouri Avenue**      **Fax: 618.482.9383**
**East St. Louis, Illinois 62201**

January 20, 2022

Clerk of the United States District Court
District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Dear Sir/Madam:

**Re:**     **USA vs. Jeremiah Carollo**
          **District of Columbia Case Number: 1:22-mj-00014**
          **Southern District of Illinois Case No.: 22-mj-7001-MAB**

On January 19, 2022 an Initial Appearance and removal hearing were conducted in the above listed case in the Southern District of Illinois. Electronically filed documents can be accessed using your court's PACER account at our ECF/PACER web address: http://ecf.ilsd.uscourts.gov. In the event you are unable to retrieve the documents, please contact the undersigned for direct transmission.

Please acknowledge receipt of this letter and return via e-mail to the undersigned.

                                     MARGARET M. ROBERTIE
                                     CLERK OF THE COURT

                                     By: /s/ Jennifer Jones
                                     Jennifer Jones, Courtroom Deputy
                                     Phone: 618-482-9013
                                     Jennifer_Jones@ilsd.uscourts.gov

**District of Columbia: Receipt Acknowledged on** _____

**By:** _____